JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTERRA EXCESS AND SURPLUS INSURANCE COMPANY, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM CROWDER and RYAN PHILLIPS<br><br>Defendants. | CASE NO. 8:15-cv-00764-CJC-DFM<br><br>**ORDER ON ALTERRA EXCESS AND SURPLUS INSURANCE COMPANY'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF THE ENTIRE ACTION** |

Pursuant to the Notice of Voluntary Dismissal, Without Prejudice, of the Entire Action filed by Plaintiff ALTERRA EXCESS AND SURPLUS INSURANCE COMPANY, with each side to bear their own attorneys' fees and costs, this matter is hereby dismissed, without prejudice, in its entirety.

IT IS SO ORDERED.

Dated: December 18, 2015     _____
Hon. Cormac J. Carney
UNITED STATES DISTRICT JUDGE

1091833/25966185v.1